NICHOLAS J. DELAGI, Appellant, v. VOLKSWAGENWERK AG OF WOLFS-BURG, GERMANY, Respondent.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.